UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CHRISTOPHER GRANT DANIELS, | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | § |
| | §  Case No. 1:25-CV-00049-RP |
| BYTEDANCE INC. d/b/a TIKTOK, | § |
| | § |
| *Defendant*. | § |

**JOINT STATUS REPORT**

Defendant ByteDance Inc. ("BDI")[1] and Plaintiff Christopher Grant Daniels ("Daniels") (the "Parties") file this Joint Status Report pursuant to the Court's February 18, 2025 order granting BDI's Unopposed Motion to Stay Proceedings Pending Resolution of Arbitration. In its docket entry, the Court ordered "that the parties shall file joint status reports to keep the Court apprised of the progress every 90 days."

On January 12, 2025, Daniels filed his Demand for Arbitration through JAMS. The JAMS case reference number is 5330000207. On February 26, 2025, BDI filed its Response to Daniels' Demand for Arbitration. On June 11, 2025, the Parties agreed on an arbitrator. On June 23, 2025, JAMS confirmed the appointment of Arbitrator Gary Fowler and commenced the arbitration. The Parties had their preliminary scheduling conference on September 23, 2025. On October 6, 2025, Arbitrator Fowler entered the Parties' joint procedural order, which sets forth various deadlines. Daniels filed an amended arbitration demand on November 24, 2025, to add claims for disability discrimination and retaliation, following the U.S. Equal Employment Opportunity Commission's

---

[1] BDI was erroneously sued as ByteDance Inc. d/b/a TikTok.

1

issuance of a Notice of Right to Sue on August 26, 2025.  Daniels filed an amended response to the amended arbitration demand on December 8, 2025.

The Parties exchanged initial disclosures on December 15, 2025, and are undergoing fact discovery through January 18, 2027 and expert discovery through February 1, 2027.  The arbitration hearing is set for June 14, 2027.  Unless otherwise directed by the Court, the parties will continue to provide the Court with a Joint Status Report every 90 days.

Respectfully submitted,

BAKER BOTTS L.L.P.

By: /s/ Scott M. Nelson
    Scott M. Nelson
    Texas Bar No. 00797145
    Kirsten Hallmark
    Texas Bar No. 24136883
    910 Louisiana Street
    Houston, Texas 77002
    Telephone: 713.229.1214
    Facsimile: 713.229.7914
    scott.nelson@bakerbotts.com
    kirsten.hallmark@bakerbotts.com

**ATTORNEYS FOR DEFENDANT BYTEDANCE INC.**

&

ROSS SCALISE BEELER AND PILLISCHER

By: /s/Brandie A. Moser
    Brandie A. Moser
    Texas Bar No. 24123223
    Charles L. Scalise
    Texas Bar No. 24064621
    1104 San Antonio Street
    Austin, Texas 78701
    (512) 474-7677 Telephone
    (512) 474-5306 Facsimile
    brandie@rosslawgroup.com
    charles@rosslawgroup.com

**ATTORNEYS FOR PLAINTIFF CHRISTOPHER GRANT DANIELS**

4

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 11, 2026, I electronically filed this document with the Clerk of the Court using the CM/ECF system, and that a copy was served on all counsel of record via CM/ECF and/or electronic mail.

                                      */s/ Brandie A. Moser*
                                      Brandie A. Moser